**RECEIVED**

JUL 0 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Jack D Thrasher     Plaintiff(s),

Case No. 1:07-cv-01015

NOTICE OF CHANGE OF ADDRESS

v.

United States     Defendant.

All parties will take notice of plaintiff's new address:

Jack D. Thrasher
P.O. Box 366
Genoa, Nevada 89411

Dated June 30th, 2007

*Jack D Thrasher* (signature)
Jack D Thrasher

page 1 of 1 pages

Motion for default

Jack D Thrasher v. United States.