## AFFIDAVIT OF SERVICE

The United States Government was served by placing the attached summons and a copy of the complaint in an envelope and sending by certified mail return receipt requested (copy attached) pursuant to Rule 4(i)(1) Fed. R. Civ. P. The date of service upon the United States Government as evidenced by the attached Postal green cards is _____ 06/14/07 The cost of the mailing is $ 5.25

Certified mail # 0304 1560 0002 7981 8617

to:

Civil Process Clerk
Jeffery A Taylor
United States Attorney
District of Columbia
5808A Judiciary Center Building
555 Fourth Street,
NW Washington, DC 20001


I declare under penalty of perjury under the laws of the United States of America that I am not a party to the above entitled action and that the foregoing information contained in this affidavit of Service and Statement of Service Fees is true and correct.

_Nina B. Ummers_        _June 30, 2007_
Signature                Date

**RECEIVED**

JUL 0 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Page 2

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

JACK D. THRASHER
V.

U.S. GOVERNMENT

SUMMONS IN A CIVIL CASE

Case: 1:07-cv-01015
Assigned To : Urbina, Ricardo M.
Assign. Date : 6/5/2007
Description: Pro Se Gen. Civil

TO: (Name and address of Defendant)

CIVIL PROCESS CLERK
U.S. ATTORNEY
501 3RD. ST. N.W.
WASHINGTON, D.C. 20001

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF' PRO SE (name and address)

JACK D. THRASHER
10325 CYPRESSWOOD DR.
APT. 1027
HOUSTON, TEXAS
77070

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON
CLERK

JUN - 5 2007
DATE

(By) DEPUTY CLERK


**UNITED STATES POSTAL SERVICE**

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: **0304 1560 0002 7981 8617**
Status: **Delivered**

Your item was delivered at 10:22 AM on June 14, 2007 in WASHINGTON, DC 20001.

( Additional Details >    Return to USPS.com Home >

**Track & Confirm**
Enter Label/Receipt Number.

Go >

Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   Go >

POSTAL INSPECTORS      site map    contact us    government services    jobs    **National & Premier Accounts**
Preserving the Trust              Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

---

## U.S. Postal Service™ Delivery Confirmation™ Receipt

Postage and Delivery Confirmation fees must be paid before mailing.
Article Sent To: (to be completed by mailer)

*(Please Print Clearly)*

DELIVERY CONFIRMATION NUMBER: 0304 1560 0002 7981 8617

[Postmark: WILLOW PLACE, HOUSTON TEXAS 77070, USPS, JUN 11 2007]

2 0 0 0 1
**POSTAL CUSTOMER:**
Keep this receipt. For inquiries:
Access internet web site at
www.usps.com ®
or call 1-800-222-1811

CHECK ONE (POSTAL USE ONLY)
☑ Priority Mail™ Service
☐ First-Class Mail® parcel
☐ Package Services parcel
    (See Reverse)

PS Form 152, May 2002

## AFFIDAVIT OF SERVICE

The United States Government was served by placing the attached summons and a copy of the complaint in an envelope and sending by certified mail return receipt requested (copy attached) pursuant to Rule 4(i)(1) Fed. R. Civ. P. The date of service upon the United States Government as evidenced by the attached Postal green cards is _____

June 18, 2007 The cost of the mailing is $ 5.25

Certified mail # 030415600002 7981 8631

to:

Civil Process Clerk
Alberto Gonzales
United States Attorney General
950 Pennsylvania Avenue
Washington, District of Columbia 20530

    I declare under penalty of perjury under the laws of the United States of America that I am not a party to the above entitled action and that the foregoing information contained in this affidavit of Service and Statement of Service Fees is true and correct.

_____      June 30, 2007
Signature                   Date

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

JACK D. THRASHER

V.

U.S. GOVERNMENT

SUMMONS IN A CIVIL CASE

CASE

Case: 1:07-cv-01015
Assigned To : Urbina, Ricardo M.
Assign. Date : 6/5/2007
Description: Pro Se Gen. Civil

TO: (Name and address of Defendant)
CIVIL PROCESS CLERK
U.S. ATTORNEY GENERAL
D.O.J.
950 PENNSYLVANIA AVE. NW
WASHINGTON, D.C. 20530

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF' PRO SE (name and address)

JACK D. THRASHER
10325 CYPRESSWOOD DR.
APT. 1027
HOUSTON, TEXAS
77070

an answer to the complaint which is served on you with this summons, within   60   days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON
CLERK

JUN - 5 2007
DATE

(By) DEPUTY CLERK



**UNITED STATES POSTAL SERVICE**

Home | Help | Sign In

Track & Confirm     FAQs

# Track & Confirm

**Search Results**

Label/Receipt Number: **0304 1560 0002 7981 8631**
Status: **Delivered**

Your item was delivered at 4:56 AM on June 18, 2007 in WASHINGTON, DC 20530.

Additional Details >    Return to USPS.com Home >

*Track & Confirm*
Enter Label/Receipt Number.

Go >

**Notification Options**

Track & Confirm by email
Get current event information or updates for your item sent to you or others by email.    Go >

POSTAL INSPECTORS    site map    contact us    government services    jobs    National & Premier Accounts
Preserving the Trust              Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use    Privacy Policy



U.S. Postal Service™ Delivery Confirmation™ Receipt

Postage and Delivery Confirmation fees must be paid before mailing.
Article Sent To: (to be completed by mailer)
(Please Print Clearly)

DELIVERY CONFIRMATION NUMBER: 0304 1560 0002 7981 8631

Postmark Here — WILLOW PLACE / HOUSTON TEXAS / JUN 11 2007 / 77070 USPS

20530
POSTAL CUSTOMER:
Keep this receipt. For Inquiries:
Access internet web site at
www.usps.com®
or call 1-800-222-1811

CHECK ONE (POSTAL USE ONLY)
☑ Priority Mail™ Service
☐ First-Class Mail® parcel
☐ Package Services parcel
(See Reverse)

PS Form 152, May 2002

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do                    6/27/2007